# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DADRAIN BANKS**                                                          **PLAINTIFF**

**VS.**                         **NO. 4:17-CV-226-BRW**

**VIC FLEMING**                                                        **DEFENDANT**

## ORDER OF DISMISSAL

Mr. Banks, formerly an inmate at the Pulaski County Detention Facility ("Detention Facility"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.[1] (Docket entry #1) Because he did not file a complete application to proceed *in forma pauperis* (IFP) or submit the $400 statutory filing fee, he was ordered to do one or the other within thirty days of April 12, 2017. (#2)

Mr. Banks notified the Court that Detention Facility officials had failed to assist him in completing the IFP application. (#4) For that reason, in a May 17, 2017 Order, the Court gave Mr. Banks an additional thirty days to address the filing fee requirement. The Court specifically cautioned Mr. Banks that his claims could be dismissed if he failed to comply.

To date, Mr. Banks has not responded to the Court's May 17, 2017 Order, and the time for doing so has passed.

---

[1] Mr. Banks's mail has been returned to the Court marked "undeliverable" since May 23, 2017. He has not provided the Court an updated, valid address as required by the Court's local rules.

Mr. Banks's claims are DISMISSED, without prejudice, based on his failure to respond to the Court's May 17, 2017 Order and his failure to prosecute this lawsuit. The Clerk is directed to close this case.

IT IS SO ORDERED, this 30th day of June, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE